# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 09-CR-2856-IEG |
| Plaintiff, | ) **PROTECTIVE ORDER RE:** |
| | ) **DISSEMINATION OF WITNESS CONTACT** |
| | ) **INFORMATION** |
| | ) Honorable Irma E. Gonzalez |
| ROBERT JOHN MCGILL, | ) |
| Defendant. | ) |

The Government hereby agrees to provide counsel for Defendant Robert John McGill all contact information for potential witnesses in its custody and control. All such contact information provided to defense counsel by the Government shall not be disseminated by defense counsel, or members of the defense team, to anyone other than members of the defense team (*i.e.*, defense counsel, defense investigators, defense interpreters, defense experts, and defense support staff). All members of the defense team shall be notified, and provided a copy, of this order.

**IT IS SO ORDERED.**

**DATED: September 30, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**